# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 98.45.118.189,<br><br>        Defendant. | Case Number: 4:23-cv-04930-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S SECOND *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

THIS CAUSE came before the Court upon Plaintiff's second *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for January 2, 2024, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until February 22, 2024 to effectuate service of a summons and Complaint on Defendant and the Initial Case Management Conference currently scheduled for January 2, 2024 is continued to March 26, 2024 at 2:00 p.m.  The dial-in information and instructions remain the same as previously provided in docket no. 7.

**DONE AND ORDERED**.

Dated: _12/26/2023_____

By: *[signature: Haywood S. Gilliam Jr.]*
**United States District Judge**
Hon. Haywood S. Gilliam, Jr.

1

---

Order on Second *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial Case Management Conference

Case No. 4:23-cv-04930-HSG